UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MOHAMMED KLITI,

                    *Petitioner*,

        - against -

RICHARD A. SAVAGE, Superintendent,
Gowanda Correctional Facility

                    *Respondent*.

-------------------------------------------------------------X

**<u>JUDGMENT</u>**
07-CV-3168 (RRM)

      A Memorandum and Order of the Honorable Roslynn R. Mauskopf, United States District Judge, having been filed this day, denying the instant petition for a writ of habeas corpus, it is

      ORDERED AND ADJUDGED that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
       March 22,  2013

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge